UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of Firearms by a |
| PEREZ STAPLES | ) Prohibited Person |

THE GRAND JURY CHARGES THAT:

CR224-0001

### COUNT ONE
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 5, 2023, in Long County, within the Southern District of Georgia, the Defendant,

**PEREZ STAPLES,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit, a Charter Arms, model: Southpaw, .38 caliber revolver, and a Springfield, model: XD-9, 9mm pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).



## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses set forth in Count One of this Indictment, the defendant, **PEREZ STAPLES,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Charter Arms, model: Southpaw, .38 caliber revolver, S/N 67839 and a Springfield, model: XD-9, 9mm pistol, S/N XD141402.

If any of the property described above, as a result of any act or commission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

/s/ Michael Spitulnik

_____  _____
Jill E. Steinberg                                Michael Z. Spitulnik
United States Attorney                  Special Assistant United States Attorney
                                                       *Lead Counsel

/s/ Tania

_____
Tania D. Groover
Assistant United States Attorney