**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

UNITED STATES OF AMERICA,

    v.

PEREZ STAPLES,

    Defendant.

CASE NO.: 2:24-cr-1

## O R D E R

On April 23, 2024, the Court issued a Writ of Habeas Corpus ad Prosequendum for Defendant's appearance at an Initial Appearance and Arraignment scheduled for April 30, 2024 at 10:00 a.m.  Doc. 10.  The Court later determined with United States Probation that Defendant has no other charges pending and is currently located in Monroe County Jail in Forsyth, Georgia and being held on the Arrest Warrant issued by this Court in this case on March 6, 2024.  Doc. 4. Therefore, the Court **VACATES** the Writ, doc. 10.  It is this Court's understanding that Defendant will be brought before a Magistrate Judge in the Middle District of Georgia, Macon Division, for his Rule 5 removal hearing on April 25, 2024.

    **SO ORDERED**, this 24th day of April, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA